AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROBERTO MUÑOZ-SARABIA
aka Rogelio Rivera-Contreras
aka Arturo Torres-Rendon

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0323-BEN

I, ROBERTO MUÑOZ-SARABIA, aka Rogelio Rivera-Contreras, aka Arturo Torres-Rendon , the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Feb. 7, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Roberto Muñoz Sarabia
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer

FILED
FEB 7 2008
CLERK, U.S. ... SOUTHERN ... NIA
BY ... PUTY